■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL J. ALMEIDA, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered November 21, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg, 74 NY2d 1)*. Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.